No. A–584. NEW MEXICO DEPARTMENT OF HUMAN SERVICES ET AL. *v.* JOSEPH A. ET AL., BY THEIR NEXT FRIEND, WOLFE, ET AL. C. A. 10th Cir. Application for stay, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. A–603. JENSEN *v.* UNITED STATES. Application for stay of execution of sentence, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. A–667. APACHE CORP. *v.* MOORE ET AL. Application for stay of enforcement of the judgment of the Court of Appeals of Texas, Seventh District, case No. 07–93–0069–CV, entered July 29, 1994, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.

No. D–1607. IN RE DISBARMENT OF MORRISON. Charles T. Morrison, Jr., of Los Angeles, Cal., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on November 6, 1995 [*ante,* p. 961], is discharged.

No. D–1638. IN RE DISBARMENT OF BACHSTEIN. Harry Samuel Bachstein, Jr., of Tucson, Ariz., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1639. IN RE DISBARMENT OF FARRELL. Gary Farrell, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.